# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION
### CASE NO. 10-11893

*ELECTRONICALLY FILED*

JOSEPH S. PROVANZANO                                                                 PLAINTIFF


v.                                        **NOTICE OF REMOVAL**


BRIDGETTE M. PARKER,
INDIVIDUALLY AND DOING BUSINESS AS
PARKER VIEW FARM,
PARKER VIEW FARM, INC.,
ROBERT M. TURNER,
INDIVIDUALLY AND DOING BUSINESS AS
LM TURNER STABLES, AND
LM TURNER STABLES, INC., [1]

                                                              DEFENDANTS


\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to 28 U.S.C. § 1441, et __ seq., the Defendants, Bridget M. Parker, individually and doing business as Parker View Farms, Parker View Farms, Inc.,        Robert M. Turner, individually and doing business as LM Turner Stable, and LM Turner Stabl        e, ("Defendants"), by counsel, hereby give notice that Civil Action No. 10-2224-B (the "Acti        on"), previously pending in the Essex Superior Court, Essex County, Massachusetts, has been rem        oved to this Court. Removal of the Action is proper for the following reasons:

1.        The Action was commenced on October 21, 2010, by Plaintiff, Joseph S. Provanzano ("Plaintiff"), in the Essex Superior Court for Essex Count        y, Massachusetts, and was assigned Case No. 10-2224-B on the docket of that Court. Plaintiff did not make a jur        y demand

---

[1] Plaintiff has incorrectly identified several parti        es in this case. "Bridgette M. Parker" is actually        Bridget M. Parker. "Parker View Farm, Inc." is registered with the Ken        tucky Secretary of State as Parker View Farms, Inc. Additionally, LM Turner Stable is a registered trad        e name in New Hampshire but is not an incorporated        entity therein.

in his Complaint.  The Defendants have not yet filed an Answer to Plaintiff's Complaint or otherwise plead.

2.      The Summons and Complaint constitute all process, pleadings and orders filed in the Action and are attached hereto as Exhibit 1.

3.      Defendant Turner was served with the Summons and Complaint on or about October 25, 2010. This Notice of Removal is being filed within thirty (30) days after Defendant Turner was served with a copy of the Summons and Complaint and is timely filed under 28 U.S.C. § 1446(b).

4.      The Action involves a controversy wholly between citizens of different states and Plaintiff is seeking to recover amounts which are in excess of $75,000 exclusive of interest and costs.

5.      Plaintiff is a citizen of Essex County, Massachusetts. (*See* Complaint at ¶ 1).

6.      Defendant, Bridget M. Parker is a citizen of Woodford County, Kentucky.    (*Id*. at ¶ 2).

7.      Parker View Farms, Inc. is incorporated in the state of Kentucky, maintains its principal place of business in Versailles, Kentucky and is, therefore, a citizen of Kentucky. (*Id*. at ¶ 4).

8.      Defendant, Robert M. Turner is a citizen of Rockingham County, New Hampshire. (*Id*. at ¶ 6).

9.      LM Turner Stable, was a registered trade name in New Hampshire, maintains its principal place of business in Brentwood, New Hampshire and is, therefore, a citizen of New Hampshire. (*Id*. at ¶ 8).

10.     Plaintiff's Complaint asserts that Defendants wrongfully charged Plaintiff for the services they provided among other things. Plaintiff claims that the was charged a total amount of $109,568.01. (*Id.* at ¶ 36). Plaintiff also asserts that Defendants have caused Plaintiff to lose approximately $80,000 in prize money. ( *Id.* at ¶ 73). Based on these allegations, Defendants have been put on notice that Plaintiff believes that the amount in contr oversy in this matter exceeds the jurisdictional minimum amount of $75,000, exclusive of interest and costs.

11.     As set forth herein, this Court has original subject matter juri sdiction over the Action because all requirements under 28 U.S.C. § 1332 have been met, as ther e is diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of costs and fees.

12.     Promptly after filing the present Notice of Removal with this C ourt, Defendants will file a copy of this Notice with the Clerk of Essex Superior Court, Massachus etts.

WHEREFORE, Defendants, by this Notice, hereby remove this acti on to the United States District Court for the District of Massachusetts, Eastern Division, pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted,

/s/ Michael J. Mott
Michael J. Mott
DINSMORE & SHOHL LLLP
255 E. Fifth Street
1900 Chemed Center
Cincinnati, Ohio 45202
(513) 977-8200
(513) 977-8141 (Facsimile)
michael.mott@dinslaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Removal was served electronically with the Clerk of the Court by using the CM/ECF system on this the 4th day of November, 2010 upon all parties of record.

This will also certify that a true and accurate of the foregoing Notice of Removal was served via U.S. Mail, Postage Prepaid on this 4th day of November, 2010 upon:

Andrew S. Breines, Esq.
147 Main Street
Groveland, Massachusetts 01834
617-283-9241


/s/ Michael J. Mott
*Counsel for Defendants*