**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION
CASE NO. 10-11893**

*ELECTRONICALLY FILED*

JOSEPH S. PROVANZANO                                                                        PLAINTIFF

v.        **MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
          AND FOR FAILURE TO STATE A CLAIM**

BRIDGET M. PARKER,
INDIVIDUALLY AND DOING BUSINESS AS
PARKER VIEW FARM,
PARKER VIEW FARM, INC.,
ROBERT M. TURNER,
INDIVIDUALLY AND DOING BUSINESS AS
LM TURNER STABLES, AND
LM TURNER STABLES, INC.,

                                                                                            DEFENDANTS

************

Defendants Bridget M. Parker, Parker View Farms, Inc., Robert M. Turner and LM Turner Stable ("Defendants"), by and through counsel, move the Court to dismiss the present lawsuit because: 1) there is a similar action pending in Woodford County, Kentucky, 2) the Court lacks personal jurisdiction over Defendants, and 3) Plaintiff has failed to state a claim upon which relief can be granted. A memorandum of law is attached hereto that more fully analyzes the arguments supporting dismissal.

The undersigned's law firm has conferred with Plaintiff's counsel and attempted in good faith to resolve or narrow the issue to no avail.

Respectfully submitted,

/s/ Michael J. Mott
Michael J. Mott
DINSMORE & SHOHL LLP
255 E. Fifth Street
1900 Chemed Center
Cincinnati, Ohio 45202
(513) 977-8200
(513) 977-8141 (Facsimile)
michael.mott@dinslaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion was served electronically with the Clerk of the Court by using the CM/ECF system on this the 11th day of November, 2010 upon all parties of record.

/s/ Michael J. Mott
*Counsel for Defendants*

400314v1