## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION
## CASE NO. 10-11893

*ELECTRONICALLY FILED*

JOSEPH S. PROVANZANO                                                                                           PLAINTIFF

v.          **MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

BRIDGET E M. PARKER,
INDIVIDUALLY AND DOING BUSINESS AS
PARKER VIEW FARM,
PARKER VIEW FARM, INC.,
ROBERT M. TURNER,
INDIVIDUALLY AND DOING BUSINESS AS
LM TURNER STABLES, AND
LM TURNER STABLES, INC.,

                                                                                                                      DEFENDANTS

************

Defendants Bridget M. Parker, Parker View Farms, Inc., Robert M. Turner and LM Turner Stable ("Defendants"), by and through counsel, move the Court for leave to file a reply to in support of their Motion to Dismiss. The proposed Reply is attached hereto as Exhibit A. Defendants believe that a short reply brief is necessary to further elucidate the issues currently before the Court and provide the Court with certain documents that have just recently been obtained by counsel.

The undersigned's law firm has conferred with Plaintiff's counsel, Andrew Breines, regarding this Motion. Plaintiff has not assented to this Motion.

Respectfully submitted,

/s/ Michael J. Mott
Michael J. Mott
DINSMORE & SHOHL LLP
255 E. Fifth Street
1900 Chemed Center
Cincinnati, Ohio 45202
(513) 977-8200
(513) 977-8141 (Facsimile)
michael.mott@dinslaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Leave was served electronically with the Clerk of the Court by using the CM/ECF system on this the 20th day of December, 2010 upon all parties of record.

/s/ Michael J. Mott
*Counsel for Defendants*

402194v1